# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MATTHEW L. STASZAK**                                                    **PLAINTIFF**

**v.**                  **Case No. 2:19-cv-00052 KGB-PSH**

**UNITED STATES OF AMERICA,** *et al.*                            **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Matthew L. Staszak's claims are dismissed without prejudice. The relief requested is denied.

It is so adjudged this 28th day of September, 2020.

                                                       _____
                                                       Kristine G. Baker
                                                       United States District Judge